In the Matter of the Application of John C. Muller, Appellant, for an Order of Mandamus against James E. Finegan, President, Ferdinand Q. Morton and Samuel H. Ordway, Commissioners, Constituting the Municipal Service Commission of the City of New York, Respondents.— Order denying petitioner's motion for an order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of New York Manufacturing Corporation, Respondent, for a Determination under Section 4-A of the Arbitration Law that No Written Contract Providing for Arbitration Was Made and Restraining Arbitration by Howlett & Hockmeyer Co., Inc., Appellant.— Order granting petitioner's motion for an order referring an issue of fact to a jury for trial and for a stay unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

The People of the State of New York ex rel. Frank DePalo, Appellant, v. Warden of the City Prison, Rikers Island, New York, Respondent.— Order dismissing the writ of habeas corpus and remanding the relator to custody unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Alpren Bros. Corp., Appellant, v. Galey & Lord, Incorporated, Respondent.— Order denying petitioner's motion to restrain arbitration, or to limit it, or direct a jury trial of the issue of fact as to whether arbitration should be had between petitioner and respondent, and granting the cross-motion of the respondent to compel arbitration, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Albert A. Volk Co., Inc., Respondent, v. Arthur I. Kraft, Inc., Appellant. (The City of New York, Respondent.) — Order denying motion of defendant-appellant to implead the city of New York as a party defendant unanimously affirmed, with twenty dollars costs and disbursements to the respondent The City of New York. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Sally Kaiser, Individually and as Ancillary Executrix, etc., of Emanuel W. Kaiser, Deceased, Respondent, v. Louis Kaiser and Another, Individually and as Copartners, etc., Appellants, Impleaded with Others.— Order vacating an ex parte order requiring the plaintiff to file security for costs, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Bard-Parker Company, Inc., Appellant, v. Crescent Surgical Sales Co., Inc., Respondent, Impleaded with Others.— Order, so far as appealed from, granting motion of defendant-respondent for an examination of plaintiff before trial with respect to certain items, and for the production of books and records, etc., unanimously reversed, with twenty dollars costs and disbursements, and the motion with respect to the items enumerated in the notice of appeal denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.